UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 5:93CR00115-001F

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| EVELYN WILLIAMS CLAYTON, | ) | |

It now appearing to the court that the said Evelyn Williams Clayton died on or about September 29, 2001. At which time a remaining liability existed in the amount of $12,535.00.

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the 13th day of August, 2012.

*James C. Fox*
JAMES C. FOX
U.S. District Court Judge